UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEA HENKEL, LISA HASTINGS, LEONORA MOCERINO, CRAIG MOCERINO and LIZETH LARKIN, on behalf of themselves and others similarly situated, | : <br> : <br> : CIVIL ACTION NO. 3:17-0384 <br> : <br> :     (JUDGE MANNION) |
| Plaintiffs | : |
| v | : |
| STARWOOD HOTELS & RESORTS WORLDWIDE, LLC., | : <br> : |
| Defendant | |

# O R D E R

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendant Starwood's Motion to Dismiss Plaintiffs' Complaint, (Doc. 13), is **GRANTED**;

2. Plaintiffs' Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 4, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0384-01-Order.wpd